**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SHANNA SANDUSKY [deceased]** **PLAINTIFF**

**v.** **NO. 3:25-cv-00207-JM**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. This case is dismissed because a proper, substitute party has failed to appear by the deadline for doing so. Judgment will be entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 10th day of August, 2026.

UNITED STATES DISTRICT JUDGE