**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SHANNA SANDUSKY [deceased]** **PLAINTIFF**

**v.** **NO. 3:25-cv-00207-JM**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 10th day of August, 2026.

UNITED STATES DISTRICT JUDGE